# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

ONDER UCARKUS, an individual,

    **Plaintiff,**

    v.

TUNCAY DELIBASI, an individual

    **Defendant.**

Civil Action No.: ___5:26-cv-1000 (GTS/CBF)___

## COMPLAINT

Plaintiff Onder Ucarkus ("Plaintiff") files this complaint against Defendant Tuncay Delibasi for breach of contract, Enforcement of Promissory Note, and Account stated. In support of his claims, Plaintiff alleges as follows:

### I. NATURE OF THE ACTION

1. This is a civil action arising from Defendant's failure to repay a loan memorialized in a written promissory note.

2. Despite clear contractual obligations and formal demand, Defendant has failed and refused to satisfy the outstanding debt.

3. Plaintiff brings this action to recover unpaid principal, accrued interest, attorneys' fees, and costs resulting from Defendant's default.

**COMPLAINT**

## II. JURISDICTION AND VENUE

4.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) because this action is between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5.     Plaintiff is a citizen of the People's Republic of China ("China").

6.     Defendant Tuncay Delibasi is a citizen of the State of New York, residing in Jamesville, New York.

7.     Complete diversity exists between Plaintiff and Defendant.

8.     Venue is proper in this District under 28 U.S.C. § 1391(b)(1) because Defendant Delibasi resides in this District.

9.     Venue is also proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims occurred within the United States.

10.     This Court has personal jurisdiction over Defendant because he purposefully availed himself of conducting business within the United States and executed a financial instrument enforceable nationwide.

## III. PARTIES

11.     Plaintiff Onder Ucarkus ("Plaintiff") is an individual lender who provided funds to Defendant pursuant to a written agreement.

12.     Defendant Tuncay Delibasi is an individual residing at 5233 Wethersfield Rd., Jamesville, New York.

**COMPLAINT**

## IV.  FACTUAL ALLEGATIONS

### A. Formation of the Promissory Note

13.    On May 11, 2023, Defendant executed a written Promissory Note (the "Note") in favor of Plaintiff **(See, Exhibit A).**

14.    The Note obligated Defendant to repay the principal sum of $377,000.00.

15.    The Note expressly required full repayment on or before July 10, 2023 (the "Maturity Date").

16.    The Note provides that any unpaid balance after the Maturity Date would accrue interest at a rate of 9.5% per annum.

17.    The Note further provides that Defendant is liable for repayment.

18.    The Note includes provisions entitling Plaintiff to recover attorneys' fees and costs incurred in enforcing the debt.

### B. Plaintiff's Performance

19.    Plaintiff fully performed all obligations required under the Note.

20.    Plaintiff advanced the agreed funds to Defendant.

21.    Plaintiff complied with all contractual conditions and requirements.

### C. Defendant's Breach and Default

22.    Defendant made a partial payment totaling $300,000.00.

23.    Defendant failed to pay the remaining principal balance of $77,000.00 by the Maturity Date.

24.    Defendant's failure to pay constitutes a material breach of the Note.

25.    As a result of the breach, interest began accruing at the contractual rate of 9.5% per annum.

**COMPLAINT**

**D. Demand for Payment**

26.    On December 30, 2025, Plaintiff, through counsel, sent a formal written demand for payment to Defendant.

27.    The demand letter stated that Defendant owed the following amounts: (a) $77,000.00 in unpaid principal; (b) $18,075.00 in accrued interest; and (c) $2,500.00 in attorneys' fees, for a total of $97,575.00.

28.    The demand provided Defendant ten (10) days to cure the default.

29.    Defendant failed and refused to make payment.

30.    Defendant remains in default to this day.

**E. Damages**

31.    As a direct and proximate result of Defendant's breach, Plaintiff has suffered damages including: (a) unpaid principal; (b) accrued contractual interest; (c) continuing interest; (d) attorneys' fees; and (e) costs of collection and litigation.

## V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

**(Breach of Contract Against Defendant)**

32.    Plaintiff hereby restates, realleges, and incorporates by reference each and every allegation contained in the preceding paragraphs of this Complaint as if fully set forth herein.

33.    The Promissory Note constitutes a valid and enforceable contract.

34.    Plaintiff performed all obligations required under the contract.

35.    Defendant breached the contract by failing to pay the full amount due.

36.    Defendant's breach was material and without justification.

**COMPLAINT**

37.     As a direct result of Defendant's breach, Plaintiff has sustained damages in an amount not less than $97,575.00, plus additional interest and costs.

## VI. DEMAND FOR JURY TRIAL

38.     Plaintiff demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for judgment against Defendant as follows:

1.     Awarding damages in an amount not less than $97,575.00;

2.     Awarding pre-judgment interest at 9.5% per annum;

3.     Awarding post-judgment interest as permitted by law;

4.     Awarding attorneys' fees;

5.     Awarding costs and disbursements; and

6.     Granting such other and further relief as the Court deems just and proper.

Dated: May 4, 2026

/s/ Arif Gozel
Arif Gozel, Esq.
New York Bar #5680228
Gozel Law Firm PC
1066 Clifton Ave, Ste. 201
Clifton, NJ 07013
Telephone: 202-922-6565
agozel@gozellaw.com
Counsel for Plaintiff

/s/ Yakup Sari
SARI LAW FIRM
Yakup Sari, Esq., [SBN 336030]
540 N Golden Cir Dr #303
Santa Ana, CA 92705
Tel: (949) 426-5071
E-mail: info@sarilaw.us
Counsel for Plaintiff
Pro Hac Vice Will Be Submitted

**COMPLAINT**